Decision Per Curiam.

The State Bank of Orlando, a corporation under the laws of Florida, Appellant, vs. The Savannah Grocery Company, a corporation under the laws of Georgia et al., Appellees.

## DIVISION B.

Appeal from Circuit Court, Orange county; John D. Broome, Judge.

*Massey & Baumgarten,* for Appellant.

*Beggs & Palmer,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. The judgment is affirmed.

Decision Per Curiam.